IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROLANDO OMARR BADHADO-SINGH,<br><br>　　　　　　Defendant. | No. CR 05-0781 CRB<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING |

STIPULATION

The parties agree to continue the hearing in the above-captioned matter from May 3, 2006 until June 28, 2006 at 2:15 p.m. The continuance requested is necessary to complete the Presentencing Interview. Assistant United States Attorney Nahla Rajan and Probation Officer Connie Cook have been contacted and have no objection to continuing the hearing in this matter.

It is so stipulated.

DATED: April 26, 2006　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　RONALD TYLER
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　Counsel for Rolando Omarr Badhado Singh

DATED: April 27, 2006　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　NAHLA RAJAN
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 01, 2006　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

STIP & ORDER CONTINUING HEARING