IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROLANDO BAHADO SINGH,

Defendant.

No. CR 05-0781 CRB

STIPULATION AND ORDER CONTINUING SENTENCING HEARING

**STIPULATION**

The parties agree to continue the sentencing hearing in the above-captioned matter from June 28, 2006 until July ~~12~~ 19, 2006 at ~~2:15 p.m~~ 10:00 a.m. The purpose of the continuance is to allow time for filing of the defendant's sentencing memorandum. The final report was disclosed after defense counsel left town and he did not return until June 26, 2006.

It is so stipulated.

DATED: 6/26/06

RONALD TYLER
Assistant Federal Public Defender
Counsel for Rolando Bahado Singh

DATED: 6/27/06

NAHLA RAJAN
Assistant United States Attorney

**ORDER**

For the foregoing reasons, the sentencing hearing in this matter is continued until July ~~12~~ 9, 2006 at ~~2:15 p.m.~~ 10 a.m.

IT IS SO ORDERED.

DATED: June 27, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING
SENTENCING HEARING
*United States v. Rolando Bahado Singh*
CR 05-0781 CRB

- 2 -